## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KEVIN L. WICKES | ) | CASE NO. 15-56820 |
| SSN: XXX-XX-5481 | ) | CHAPTER 13 |
| | ) | JUDGE J. E. HOFFMAN, JR. |
| Debtor | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given of the change of address for Debtor, Kevin L. Wickes. The new address of the Debtor is as follows:

Kevin L. Wickes
589 Apple Street
New Martinsville, WV 26155

Respectfully Submitted,

/s/ Kelly Gene Kotur
Kelly Gene Kotur
Atty. Reg. No. 81295
Davis and Kotur Law Office Co. LPA
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
janelledlo@comcast.net
Attorney for Debtor